IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EARNEST BARNARD CLAYTON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| VS. : | |
| : | NO.: 5:20-CV-270-MTT-MSH |
| **Deputy Warden ERIC MARTIN,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____: | |

## ORDER

Plaintiff Earnest Barnard Clayton, a prisoner in Baldwin State Prison in Hardwick, Georgia, filed a 42 U.S.C. § 1983 action and moved to proceed *in forma pauperi*s. ECF Nos. 1; 2. On August 21, 2020, the Court denied Plaintiff's motion to proceed *in forma pauperis* because Plaintiff had approximately $2,930.00 in his prisoner account. ECF No. 9. The Court, therefore, ordered Plaintiff to pay the $400.00 filing fee in full. Plaintiff failed to pay the filing fee or otherwise respond to the Court's Order.

On September 10, 2020, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute or comply with the Court's August 21, 2020 Order. ECF No. 10. Plaintiff has not paid the filing fee as ordered by the Court or otherwise responded to the Order to show cause.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P.

41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

    **SO ORDERED**, this 1st day of October, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
